IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| J & J Sports Productions Inc., | No. CV 12-547-TUC-FRZ (LAB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Joseph P. Robles, individually and doing business as Samurai Japanese Steakhouse & Sushi Bar, also known as Samurai Teppan & Sushi, et al. | |
| Defendants. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Bowman that recommends granting Plaintiff's motion for default judgment. A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Bowman's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Bowman's Report and Recommendation (Doc. 19) is accepted and adopted.

1  (2) Plaintiff's motion for default judgment (Doc. 17) is granted.  Judgment is entered against Defendant in the amount of $7,000 pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II) plus $5,000 pursuant to 47 U.S.C. § 605(e)(3)(C)(ii).

(3) This case is dismissed and the Clerk of the Court shall enter judgment.

(4) This case is referred back to Magistrate Judge Bowman in the event that Plaintiff files a motion for attorneys' fees.

DATED this 17th day of September, 2013.

*Frank R. Zapata*
Frank R. Zapata
**Senior United States District Judge**